UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVIS, et al.,

        Plaintiff(s),

  v.

COUNTY OF KING, et al.,

        Defendant(s).

NO. C02-2440RSM

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

      A telephone conference was held in the above-entitled matter on August 11, 2005 at approximately 2:00 p.m.; present were the Honorable Marsha J. Pechman, Senior Law Clerk Steven Crozier, Plaintiff's counsel William Broberg and defense counsel Timothy Gosselin and Thomas Miller.

      All counsel were heard on a number of issues related to the conduct of depositions of two of the individual police officer defendants, Officers Rayborn and Keller. At the conclusion of the discussion, the Court ruled as follows:

    1.    None of the individual police officer defendants are required to give their home addresses.

    2.    Any party to the litigation is permitted to be present at any deposition held in the

MINUTE ORDER

course of the lawsuit.

3. The parties are to make themselves available for depositions for a period of up to seven hours per person.

Filed this 11th day of August, 2005.

                                        BRUCE RIFKIN, Clerk

                                    By    /s Mary Duett
                                                Deputy Clerk

MINUTE ORDER