UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN DAVIS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KING COUNTY, *et al.*<br><br>    Defendant. | CASE NO.  C02-2440RSM<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on defendant King County's and the City of Burien's Motion for Summary Judgment. (Dkt. #104). Defendants argue that they cannot be liable for any of plaintiffs' federal and state law claims, because plaintiffs lack any evidence that a municipal policy or custom proximately caused the harm they allege, or that the municipal defendants were negligent. Although plaintiffs attempted to oppose the motion through a motion pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, the Court declined to allow that motion. Plaintiffs failed to otherwise respond, and the Court declined to grant plaintiffs an extension of time in which to file any response. Therefore, the motion is deemed unopposed.

Accordingly, having reviewed defendants' Motion for Summary Judgment, and the remainder of the record, the Court does hereby find and ORDER:

ORDER
PAGE – 1

(1)  Defendants' Motion for Summary Judgment (Dkt. #104) is GRANTED, and plaintiffs' claims against King County and the City of Burien are DISMISSED.

(2)  Defendants King County and the City of Burien are hereby DISMISSED from this case.

(3)  The Clerk is directed to forward a copy of this Order to all counsel of record.

DATED this 20th day of October, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 2