1

2

3

4   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
5   AT SEATTLE

6   MARVIN DAVIS AND SALINA MCCOY,

7        Plaintiffs,

8        v.                                      Case No. C02-2440RSM

9   OFFICER JAMES KELLER and OFFICER             TAXATION OF COSTS
    MIKE RAYBORN,
10

11       Defendants.

12

13       Costs in the above-entitled action are hereby taxed against PLAINTIFFS MARVIN DAVIS and

14  SALINA MCCOY and on behalf of DEFENDANTS KING COUNTY AND CITY OF BURIEN in the

15  amount of $1,762.70.

16       Dated this _____26th_____ day of JANUARY, 2006 .

17

18

19                                              _____
20                                              Bruce Rifkin
                                                Clerk, U.S. District Court
21

22

23

24

25

26  TAXATION OF COSTS -- 1